IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| **RONALD W. WALDEN, JR.,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No: 4:17-cv-138-HCM-LRL |
| ) | |
| v. ) | |
| ) | |
| **JRAN CO., LTD.,** ) | |
| An Ohio Limited Liability Company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff **RONALD W. WALDEN, JR.** and Defendant **JRAN CO., LTD.** reached an agreement regarding all disputed issues in the case as evidenced by the Agreed Order of Dismissal endorsed by all parties and attached to this Notice as <u>Exhibit A</u>.

                             **Ronald W. Walden, Jr.**

By:   */s/ Deborah C. Waters*
       Deborah C. Waters, Esquire
       Virginia State Bar # 28913
       dwaters@waterslawva.com
       Waters Law Firm, P.C.
       Town Point Center Building, Suite 600
       150 Boush Street
       Norfolk, VA  23510
       Telephone: (757) 446-1434
       Facsimile:  (757) 446-1438

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of June, 2018, I filed the foregoing document via the Court's CM/ECF system, which will make electronic service on all counsel of record, including the following:

Alexandra M. Gabriel, Esquire
David C. Burton, Esquire
WILLIAMS MULLEN, P.C.
222 Central Park Avenue, Suite 1700
Virginia Beach, VA 23462

*/s/ Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar # 28913
dwaters@waterslawva.com
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile:  (757) 446-1438

*Counsel for Plaintiff*