## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

| | |
|---|---|
| **RONALD W. WALDEN, JR.,** | ) |
| | ) |
| Plaintiff, | ) **Civil Action No: 4:17-cv-138-HCM-LRL** |
| | ) |
| v. | ) |
| | ) |
| **JRAN CO., LTD.,** | ) |
| An Ohio Limited Liability Company, | ) |
| | ) |
| Defendant. | ) |

## AGREED DISMISSAL ORDER

Plaintiff **Ronald W. Walden, Jr.** and Defendant **JRAN CO., Ltd.**, (together, "Parties")

represented to the Court the Parties entered into a settlement agreement and thereby resolved all

claims in this matter, including attorneys' fees and costs.

It appearing to the Court that the Parties resolved their differences in full, it is hereby

ORDERED that this matter be and is DISMISSED WITH PREJUDICE and removed from the

docket of this Court.

_____/s/_____

Henry Coke Morgan, Jr.
Senior United States District Judge

_____
United States Magistrate Judge

ENTERED: _____

1

**SO STIPULATED:**


*/s/ Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar # 28913
dwaters@waterslawva.com
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile:  (757) 446-1438

*Counsel for Plaintiff*




*/s/ Alexandra M. Gabriel*
Alexandra M. Gabriel, Esquire
Virginia State Bar # 89185
agabriel@williamsmullen.com
David C. Burton, Esquire
Virginia State Bar # 33178
dburton@williamsmullen.com
WILLIAMS MULLEN, P.C.
222 Central Park Avenue, Suite 1700
Virginia Beach, VA 23462
Telephone: (757) 499-8800
Facsimile: (757) 473-5316

*Counsel for Defendant*